# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CATHERINE KINCHEN

VERSUS

TANGIPAHOA PARISH SCHOOL
SYSTEM

NO. 2024 CW 0262

**MAY 21, 2024**

---

In Re:   Tangipahoa Parish School System, applying for
         supervisory writs, Office of Workers' Compensation,
         District 6, No. 22-00528.

---

**BEFORE:   LANIER, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

                         WIL
                         CHH
                         SMM

COURT OF APPEAL, FIRST CIRCUIT

*a.s~*

DEPUTY CLERK OF COURT
     FOR THE COURT